# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JAMES HUMPHREY,<br><br>   Plaintiff,<br><br> vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.  ED CV 13-956 MRW<br><br>JUDGMENT |

The decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

DATE: April 22, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE